# GOTLIB LAW

March 10, 2023

*Via* **ECF**

The Honorable J. Pauul Oetken
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Nunez, et al.,* 22 Cr. 293 (JPO)

Dear Judge Oetken:

I represent Justin Deaza in the above-captioned matter. The next status conference for this matter is scheduled for March 15, 2023. I will be out of the state on that day and not able to appear for the conference. I have conferred with Gary Kaufman, who is counsel for co-defendant Jerrin Pena. He is willing to appear on my behalf at the conference. I have also discussed this matter with Mr. Deaza. He consents to Mr. Kaufman appearing on my behalf. Accordingly, I respectfully request leave to have Mr. Kaufman appear on my behalf during the March 15, 2023 conference. I thank the Court for its consideration.

Granted.
So ordered.
 3/13/2023

Respectfully Submitted,

/s/

Valerie A. Gotlib

_____
J. PAUL OETKEN
United States District Judge