# GOTLIB LAW

May 8, 2023

*Via* **ECF**

The Honorable J. Paul Oetken
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Nunez, et al.,* 22 Cr. 293 (JPO)

Dear Judge Oetken:

I represent Justin Deaza in the above-captioned matter pursuant to the Criminal Justice Act. I write to respectfully request that the Court authorize me to submit interim vouchers.

In this matter almost two dozen defendants are charged in a forty-two-count indictment. As evidenced by the Court's appointment of a coordinating discovery attorney, the discovery in this matter is voluminous. As a sole practitioner, given the amount of time I have dedicated to this matter to date and anticipate dedicating to it in the future, having to wait until the completion of the matter to file a voucher would be a financial hardship.

Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in this matter. I thank the Court for its consideration.

Granted.
So ordered.
 5/8/2023

Respectfully Submitted,

/s/

Valerie A. Gotlib

J. PAUL OETKEN
United States District Judge